■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM THOMAS MURRAY, Appellant.— Appeal by defendant, as limited by his brief, from resentence of the Supreme Court, Queens County, imposed December 8, 1972, upon his conviction of attempted assault in the second degree, upon a guilty plea. Resentence modified, as a matter of discretion in the interest of justice, by reducing the period of imprisonment to the time already served. As so modified, resentence affirmed. The resentence was excessive to the extent indicated herein. Gulotta, P. J., Martuscello, Latham, Christ and Benjamin, JJ., concur.

■ FLORENCE D. ROBBINS et al., Respondents, v. LAZART DEVELOPMENT CORP., Defendant and Third-Party Plaintiff, et al., Defendants. DEMBER CONSTRUCTION CORP., Third-Party Defendant-Appellant. (And Other Third- and Fourth-Parties.) — In an action to recover damages for personal injuries, etc., third-party defendant Dember Construction Corp. appeals from an order of the Supreme Court, Westchester County, entered June 14, 1974, which denied its motion to require plaintiff Florence D. Robbins to produce for discovery and inspection a transcript of testimony given by her at a statutory hearing before the Comptroller of the City of New York. Order reversed, with $20 costs and disbursements, and motion granted. The discovery and inspection shall proceed at a place and time to be specified in a written notice of not less than 10 days, to be given by appellant, or at such other time and place as the parties may stipulate. The motion was improperly denied (*Rodriguez* v. *City of New York*, 29 A D 2d 962, app. dsmd. 26 N Y 2d 833). Shapiro, Acting P. J., Cohalan, Christ, Brennan and Munder, JJ., concur.